IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02147-REB-BNB

NEWSUSA,

Plaintiff,

v.

DON ROSE, et al.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Stipulation to Withdraw Motion to Squash [sic] Subpoena In a Civil Case and Non-Party Motion for a Protective Order** [Doc. # 6, filed 10/25/2007] is GRANTED.  Accordingly, the **Motion to Squash [sic] Subpoena In a Civil Case** [Doc. # 1, fied 10/11/2007] and the **Non-Party Motion for a Protective Order** [Doc. # 2, field 10/11/2007] are DENIED as moot.


DATED: October 26, 2007